UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

SABRINA CARTER,
            Plaintiff,

v.

THE AMERICAN NATIONAL RED CROSS,
and THE AMERICAN NATIONAL RED
CROSS, ROCHESTER-MONROE COUNTY
CHAPTER
            Defendants.

**ORDER**

13-cv-6515

---

Currently pending before the Court is defendants' motion to compel discovery, filed on August 29, 2016. (Docket # 55). Defendants seek renewed authorizations to obtain plaintiff's medical records from the following service providers: (1) Borg & Ide Imaging; (2) Highland Hospital; (3) Rite Aid; (4) Rochester Brain and Spine; (5) Rural Metro Ambulance; (6) Strong Memorial Hospital; and (7) URMC Southview Internal Medicine. Defendants also seek to compel production of Exhibit 2 from the deposition of plaintiff's expert, Dr. Tormey. The Court heard oral argument on the instant motion on October 27, 2016, and issued a decision on the record. As stated on the record, it is hereby

**ORDERED** that plaintiff's counsel shall provide to defense counsel updated medical authorizations for the seven medical providers within **one (1) week** of this order; and it is further

**ORDERED** that plaintiff shall provide to defense counsel photocopies of all documents contained in Exhibit 2 from the

deposition of Dr. Tormey,[1] within **one (1) week** of this Order. Defendants have agreed to pay for the cost of the photocopies.

**SO ORDERED.**

_____
JONATHAN W. FELDMAN
UNITED STATES MAGISTRATE JUDGE

Dated:   October 27, 2016
         Rochester, New York

---

[1] Plaintiff may omit Exhibit 2B which defendants stipulate to as privileged. See Declaration of Steven R. Hamlin (Docket # 55-1) at 5.